UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22795-CIV-O'SULLIVAN

[CONSENT]

LASCELLES GEORGE MCLEAN
and VIRGINIA MCLEAN,
        Plaintiffs,

vs.

GMAC MORTGAGE CORPORATION,
a foreign corporation,
        Defendant.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff Virginia McLean's Motion for Reconsideration (DE# 124, 4/17/08) and Plaintiff Virginia McLean's Amended Motion for Reconsideration (DE# 127, 4/22/08). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that Plaintiff Virginia McLean's Motion for Reconsideration (DE# 124, 4/17/08) and Plaintiff Virginia McLean's Amended Motion for Reconsideration (DE# 127, 4/22/08) is **GRANTED in part and DENIED in part**.

The Court finds that plaintiff Virginia McLean has not made a sufficient showing that a stay is warranted in the instant case. Nonetheless, in light of the subsequently filings and exhibits, the Court finds that a short extension of time to respond to GMACM's Motion for Summary Final Judgment (DE # 64, 1/7/08) is appropriate. Accordingly, the plaintiffs shall file their response to GMACM's Motion for Summary Final Judgment (DE # 64, 1/7/08) on or before **Tuesday, April 29, 2008**. In issuing this

ruling, the Court notes that whether to grant a stay is in the discretion of the trial court. "[T]he power to stay proceeding is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." <u>Landis v. North American Co.</u>, 299 U.S. 248, 254 (1936); <u>see</u> <u>Clinton v. Jones</u>, 520 U.S. 681, 706-707 (1997) (discussing district court's "broad discretion to stay proceedings as an incident to its power to control its own docket").  In the instant case, the Court has granted numerous extensions and provided the plaintiffs with ample opportunity to file their response to the motion for summary judgment. As such, the Court will not grant any further extensions if the plaintiffs fail to file their response by April 29, 2008.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **22nd** day of April, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record