UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 06-22795-CIV-O'SULLIVAN
[CONSENT]

LASCELLES GEORGE MCCLEAN
and VIRGINIA MCLEAN,
    Plaintiffs,

v.

GMAC MORTGAGE CORPORATION, INC.,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff Virginia McLean's Motion for Permission

to File Electronically (DE# 173, 10/29/08). Having reviewed the applicable filings and the law, it

is

ORDERED AND ADJUDGED that Plaintiff Virginia McLean's Motion for Permission to

File Electronically (DE# 173, 10/29/08) is **DENIED**. Access to the filing component of CM/ECF is

available to authorized attorneys admitted to the Southern District of Florida bar. Section 2C of

the CM/ECF Administrative Procedures states that:

> *Pro se* litigants will **not** be permitted to register as Users at this time. *Pro se*
> litigants must file their documents in the conventional manner. *Pro se* litigants
> may access the electronic record public counter in the Clerk's Office in all
> divisions or through PACER. *Pro se* litigants served and noticed by U.S. mail or
> in person (or, if agreed, by facsimile or e-mail).

(emphasis in original). As such, the instant motion is denied. Although the Court is sympathetic

to Ms. McLean's position,[1] the rules do not presently allow  pro se parties to file motions using

the Court's electronic filing system.

DONE AND ORDERED at Miami, Florida this **30th** day of October, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court encourages Ms. McLean to mail future filings to the Clerk's Office, have her
husband deliver the documents or use a commercial messenger service.

Copies to:
All Counsel of Record


Copies mailed by Chambers to:

 Lascelles McLean, pro se
 Virginia McLean, pro se
 216 Shadow Way
 Miami Springs, Florida 33166